HERBERT SMITH FREEHILLS
 NEW YORK LLP
    Peter J. Behmke
    Michael P. Jones
    Daniel Gomez
200 Park Avenue
New York, New York 10166
Tel: (917) 542-7600
Fax: (917) 542-7601
Email:  Peter.Behmke@hsf.com
        Michael.Jones@hsf.com
        Daniel.Gomez@hsf.com

*Attorneys for Glencore Singapore Pte Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CLASSIC MARITIME INC., HAIKUO SHIPPING 1621 LTD., OCEANSURF OWNERS LTD., and ERWINA SHIPPING, LTD, <br><br> Plaintiffs, <br><br> vs. <br><br> GLENCORE SINGAPORE PTE LTD., <br><br> Defendant | Case No. 1:24-cv-09741-MKV |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon: (i) the accompanying memorandum of law, and (ii) the Declaration of Peter J. Behmke dated March 28, 2025 (and the exhibits thereto), defendant Glencore Singapore Pte Ltd. ("GSPL") will move this Court, pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), to dismiss all claims contained in the First Amended Complaint (ECF No. 18) filed by plaintiffs Classic Maritime Inc., Haikuo Shipping 1621 Ltd., Oceansurf Owners Ltd., and Erwina Shipping, Ltd. GSPL's motion shall be made before the Honorable Mary Kay Vyskocil, United

States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St, Courtroom 18C, New York, New York 10007.

Dated: New York, New York
March 28, 2025

        Respectfully submitted,

        HERBERT SMITH FREEHILLS
         NEW YORK LLP

        By: /s/ *Peter J. Behmke*
           Peter J. Behmke
           Michael P. Jones
           Daniel Gomez
        200 Park Avenue
        New York, New York 10166
        Tel: (917) 542-7600
        Fax: (917) 542-7601
        Email: Peter.Behmke@hsf.com
              Michael.Jones@hsf.com
              Daniel.Gomez@hsf.com

        *Attorneys for Glencore Singapore Pte Ltd.*